## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**TAMEKA BURNETT,**

    **Plaintiff,**

**vs.**                                               **CAUSE NO. 3:23-cv-00120-HTW-LGI**

**GEORGE CARR BUICK GMC, INC.,**
**JOHN DOES 1-5,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the motion *ore tenus* of the parties to dismiss this civil action with prejudice, and the Court being advised that the parties consent, and having considered the motion, finds that the motion is well taken and dismisses this civil action with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that all claims made or that could have been made in the above referenced civil action are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 9th day of May, 2024.

                                                  /s/HENRY T. WINGATE
                                                  U.S. District Court Judge Henry T. Wingate

AGREED:

*/s/ Laura W. Givens*
LAURA W. GIVENS, MSB #104189
McAngus, Goudelock and Courie, LLC
1020 Highland Colony Parkway, Ste 706
Ridgeland, Mississippi 39157
(601) 427-7511
(601) 510-9525 (Fax)
laura.givens@mgclaw.com
*Attorneys for George Carr Buick GMC, Inc.*

Omar L. Nelson (MSB#100105)
Gibbs Travis PLLC
210 Capitol Street, Suite 1801
Jackson, Mississippi 39201
*Attorney for Plaintiff Tameka Burnett*